IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUKHAN MUMIN, | |
| Petitioner, | 8:19CV272 |
| vs. | |
| BRAD HANSEN, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before me on Petitioner's motion requesting that a writ of habeas corpus issue. ([Filing No. 23](#).) I dismissed Petitioner's habeas petition because it was a successive petition filed without authorization from the Eighth Circuit Court of Appeals and entered judgment on March 16, 2020. (Filing Nos. [21](#) & [22](#).)

IT IS THEREFORE ORDERED that: Petitioner's motion ([filing no. 23](#)) is denied.

Dated this 24th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge