IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUKHAN MUMIN,<br><br>    Petitioner,<br><br>vs.<br><br>BRAD HANSEN,<br><br>    Respondent. | 8:19CV272<br><br>MEMORANDUM AND ORDER |

  For the reasons already discussed in the court's June 19, 2020 Memorandum and Order (filing 35),

  IT IS ORDERED that:

  1. Petitioner Dukhan Mumin's Request for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b) (filing 40) is denied.

  2. The clerk of the court is directed to transmit a copy of Petitioner's motion (filing 40) and this Memorandum and Order to the Eighth Circuit Court of Appeals as a supplement to the Amended Notice of Appeal.

  Dated this 6th day of July, 2020.

                BY THE COURT:

                *Richard G. Kopf*
                Richard G. Kopf
                Senior United States District Judge